Decided June 3, 1975

BIRMINGHAM WATER COMPANY *v.* CITY OF ANSONIA ET AL.

ANNIE M. PULITO *v.* MILFORD PLANNING AND ZONING COMMISSION

GIOVANINNA S. TESTA *v.* CARROLS HAMBURGER SYSTEM, INC.

TOWN OF WALLINGFORD *v.* SALVATORE ZOCCO ET AL.

It appearing that the appeals from the Court of Common Pleas in New Haven County in the above-entitled cases have not been pursued with proper

diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeals be and hereby are dismissed.

No appearance for either party.

Decided June 3, 1975